GEORGE HEROLD, Respondent, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Appellants.

This case was argued and decided with *Lynch* v. *Met. El. R. Co.* (*ante*, page 274).

---

JOHN P. MAGOVERN et al., Respondents, *v.* EVOLIN B. ROBERTSON et al., Appellants.

(Submitted October 28, 1891; decided December 15, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 16, 1891, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*A. C. Pickard* for appellants.

*William H. Henderson* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.